IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| G&G Closed Circuit Events, LLC, | NO. C 11-06340 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Terry Trang Nguyen, | |
| Defendant. | |

The above-captioned matter is scheduled for a Case Management Conference on May 7, 2012. On April 24, 2012, Plaintiff filed a Motion for Default Judgment. (Docket Item No. 16.) In light of the pending Motion for Default Judgment, the Court finds that a Case Management Conference would not be fruitful at this time.

Accordingly, the Court VACATES the May 7 Case Management Conference. The Court will set a further Case Management Conference in its order addressing the pending Motion for Default Judgment, if necessary.

Dated: April 30, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas Peter Riley TPRLAW@att.net

Terry Trang Nguyen
888 Story Road
San Jose, CA 95122

**Dated:  April 30, 2012**                                      **Richard W. Wieking, Clerk**

                                                                **By:       /s/ JW Chambers**
                                                                      **Theresa De Martini**
                                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California