1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10   G&G Closed Circuit Events, LLC,            NO. C 11-06340 JW

11              Plaintiff,                      **JUDGMENT**

        v.
12
     Terry Trang Nguyen,
13
                Defendant.
14   _____/

15          Pursuant to the Court's May 30, 2012 Order Granting in part Plaintiff's Motion for Default

16   Judgment, judgment is entered in favor of Plaintiff G & G Closed Circuit Events, LLC against

17   Defendant Terry Trang Nguyen.

18          Judgment is entered against Defendant for a total amount of $1,000.00, which represents

19   $1,000.00 in statutory damages under 47 U.S.C. § 605.

20          The Clerk shall close this file.

21
22
23   Dated:  May 30, 2012                      _____
                                               JAMES WARE
24                                             United States District Chief Judge

25
26
27
28

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas Peter Riley TPRLAW@att.net

Terry Trang Nguyen
888 Story Road
San Jose, CA 95122

**Dated:  May 30, 2012**                          **Richard W. Wieking, Clerk**


                                         **By:      /s/ JW Chambers**
                                              **William Noble**
                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California